UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANVIER VILLARS,<br><br>              Plaintiff,<br><br>       v.<br><br>PAM BONDI, et al.,<br><br>              Defendants. | Case No. 25-cv-04239-RS<br><br>**ORDER DENYING EX PARTE APPLICATION FOR INJUNCTIVE RELIEF** |

Plaintiff Janvier Villars has filed an application for preliminary injunctive relief from "coordinated actions of the state and federal judiciary." Dkt. No. 10 at 8. Plaintiff avers the Attorney General of the United States, the Director of the Federal Bureau of Investigation, the United States Securities and Exchange Commission, multiple judges, and others are implicated in "state-sponsored civil conspiracy and judicially sanctioned property theft." Dkt. No. 10 at 2. He raised identical issues in first ex parte application, incorrectly filed as an attachment to his complaint. *See* Dkt. No. 1-1.

Plaintiff has not provided any new fact or claim warranting emergency relief. Accordingly, Plaintiff's Motion is denied for the same deficiencies present in his first ex parte application. Filing the same motion, without demonstrating changed circumstances, is not permitted. Plaintiff is cautioned against filing further motions that do not state a coherent claim for relief.

**IT IS SO ORDERED**.

Dated: May 30, 2025

RICHARD SEEBORG
Chief United States District Judge