UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANVIER VILLARS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAM BONDI, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-04239-RS<br><br>**ORDER DENYING EMERGENCY RELIEF AND DISMISSING CASE** |

Plaintiff Villars files a motion seeking declaratory relief, a temporary restraining order preventing any enforcement of a judgment against him in the state of Florida, a preliminary injunction against unknown defendants "pending full adjudication of [his] claims," reassignment of this matter, en banc review of this matter "under Ninth Circuit Rules and Article III constitutional authority," and "any such further equitable relief this Court deems just and necessary." Dkt. No. 41.

Plaintiff is not entitled to any of the above because his operative complaint was dismissed. *See* Dkt. No. 37. Without an operative complaint, he cannot seek any form of relief from this Court. For example, Plaintiff cannot meet the standard for a temporary restraining order nor a preliminary injunction because his dismissed complaint has no chance of success. *See Winter v. Nat. Res. Def. Council, Inc*., 555 U.S. 7, 20 (2008) ("A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits.").

The previous order dismissing Plaintiff's complaint for failure to state a claim gave

Plaintiff thirty days to file an amended complaint. Dkt. No. 27. He did not file an amended complaint, and the time for doing so has expired. *See id.* Because Plaintiff has not filed a complaint under which relief could potentially be granted, his case is dismissed. The Clerk is directed to close this matter.

**IT IS SO ORDERED**.

Dated: August 13, 2025

_____
RICHARD SEEBORG
Chief United States District Judge

ORDER DENYING MOTION AND DISMISSING CASE
CASE NO. 25-cv-04239-RS

2